**Fill in this information to identify your case:**

Debtor 1: **Cable Seth Willford**
First Name   Middle Name   Last Name

Debtor 2: **Megan Leah Willford**
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7   12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:   List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Capital One Retail Services**<br><br>Description of property securing debt: **2009 Yamaha WR250F dirt bike; 2013 Yamaha Nytro MTX snowmobile** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]:<br>_____ | ■ No<br>☐ Yes |
| Creditor's name: **GE Transportation Finance**<br><br>Description of property securing debt: **2010 Freightliner Tractor Location: c/o GE Transportation Finance, P. O. Box 3083, Cedar Rapids, IA 52406** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]:<br>_____ | ■ No<br>☐ Yes |
| Creditor's name: **GE Transportation Finance**<br><br>Description of property: **2012 Vanguard Trailer Location: c/o GE Transportation** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*. | ■ No<br>☐ Yes |

Official Form 108   Statement of Intention for Individuals Filing Under Chapter 7   page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | **Cable Seth Willford** | |
|---|---|---|
| Debtor 2 | **Megan Leah Willford** | Case number (*if known*) |

| | | | |
|---|---|---|---|
| property securing debt: | **Finance, P. O. Box 3083, Cedar Rapids, IA 52406** | ☐ Retain the property and [explain]: | |
| Creditor's name: | **GE Transportation Finance** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Description of property securing debt: | **2014 Utility Trailer**<br>**Location: c/o GE Transportation Finance, P. O. Box 3083, Cedar Rapids, IA 52406** | | |
| Creditor's name: | **GE Transportation Finance** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Description of property securing debt: | **2014 Great Dane Trailer**<br>**Location: c/o GE Transportation Finance, P. O. Box 3083, Cedar Rapids, IA 52406** | | |
| Creditor's name: | **Paccar Financial** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Description of property securing debt: | **2015 Peterbilt 579**<br>**Location: c/o Paccar Financial, 1700 Woodbrook Street, Denton, TX 76205** | | |
| Creditor's name: | **Paccar Financial** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Description of property securing debt: | **2012 Kenworth T660**<br>**Location: c/o Paccar Financial, 1700 Woodbrook Street, Denton, TX 76205**<br>**Subject to Cross Collateralization w other Paccar loans** | | |
| Creditor's name: | **Planet Home Lending, LLC** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>■ Retain the property and [explain]:<br>  **retain & pay** | ☐ No<br>■ Yes |
| Description of property securing debt: | **1118 W. Addington Lane Fruita, CO 81521-7452  Mesa County** | | |
| Creditor's name: | **Sun Trust** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*. | ☐ No<br>■ Yes |
| Description of | **2015 GMC Sierra 1300 miles** | | |

Debtor 1  **Cable Seth Willford**
Debtor 2  **Megan Leah Willford**                                       Case number (*if known*)

| property securing debt: | **Location: 1118 W. Addington Lane, Fruita CO 81521** | ☐ Retain the property and [explain]: |

| Creditor's name: | **Vivint** | ■ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ■ No <br><br> ☐ Yes |
| Description of property securing debt: | **Home security system** <br> **Location: 1118 W. Addington Lane, Fruita CO 81521** | | |

| Part 2: | List Your Unexpired Personal Property Leases |

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |

| Part 3: | Sign Below |

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ Cable Seth Willford**              X  **/s/ Megan Leah Willford**
   **Cable Seth Willford**                     **Megan Leah Willford**
   Signature of Debtor 1                       Signature of Debtor 2

   Date  **June 10, 2016**                  Date  **June 10, 2016**

| Debtor 1 | **Cable Seth Willford** | | Case number (*if known*) | |
|---|---|---|---|---|
| Debtor 2 | **Megan Leah Willford** | | | |